No. 695. GOENAGA v. GOENAGA.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª. Moción para que se desestime la apelación. Resuelto en mayo 11, 1911. Desestimada la apelación, fundada en la enmienda al artículo 299 del Código de Enjuiciamiento Civil, aprobada en marzo 9, 1911. Abogado del promovente: *Sr. Emidgio S. Ginorio.* Abogado de la parte contraria: *Sr. Juan Guzmán Benítez.*

---

No. 673. RIVERO ET AL. v. HERNÁNDEZ ET AL.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª. Moción para que se desestime la apelación. Resuelto en mayo 16, 1911. Denegada la moción. Abogado de los promoventes: *Sr. Manuel Moraza.* Abogado de la parte contraria: *Sr. Luis Méndez Vaz.*

---

No. 706. RAMOS v. BALL ET AL.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Moción para que se desestime la apelación. Resuelto en mayo 22, 1911. Desestimada la apelación por incumplimiento de los artículos 299 del Código de Enjuiciamiento Civil y 40 del Reglamento del Tribunal Supremo. Abogado de los promoventes: *Sr. Emidgio S. Ginorio.* Abogado de la parte contraria: *Sr. Rafael López Landrón.*

---

No. 354. EL PUEBLO v. MALDONADO.—Apelación procedente de la Corte de Distrito de Arecibo. Resuelto en mayo 26, 1911. Confirmada la sentencia apelada. Abogado del apelante: *Sr. Santiago B. Palmer.* Abogado del apelado: *Sr. Jesús M. Rossy, Fiscal.*